UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

Case No. 8:08-cv-2062-T-27MAP

**RCA CREDIT SERVICES, LLC a Florida Corporation, et al.,**

Defendants.
_____/

### ORDER

**BEFORE THE COURT** is is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant Rick Lee Crosby, Jr. and RCA Credit Services LLC's Emergency Motion to Modify Asset Freeze (Dkt. 36) be denied without prejudice (Dkt. 51). Defendants have filed objections to the Report and Recommendation (Dkt. 56).

In the objections, Defendants challenge only the wording of the Magistrate Judge's introductory paragraph, which Defendants contend concludes that they are guilty of operating a fraudulent credit repair scheme causing substantial injury to consumers. To the extent that paragraph could be read in this fashion, this Court restates the obvious: at this juncture, the merits of the allegations have not yet been resolved.

After careful consideration of Report and Recommendation and Defendants' objections, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1

1)      The Report and Recommendation (Dkt. 51) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)      Defendant Rick Lee Crosby, Jr. and RCA Credit Services LLC's Emergency Motion to Modify Asset Freeze (Dkt. 36) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Tampa, Florida, on this 30th day of December, 2008.

/s/James D. Whittemore
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record
Unrepresented parties